IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01068-AP**

IN RE:

**AARON GREENE,**

    Debtor.

**PAUL T. GEFREH, Trustee**,

    Plaintiff/Appellee,

v.

**DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC. Successor by merger to Daimer Chrysler Services N.A., L.L.C.,**

    Defendant/Appellant.

## ORDER

Kane, J.

Upon consideration of Appellee's Withdrawal of Motion to Deny Appeal as Time Barred (doc. #10), filed June 27, 2006, it is

ORDERED that the Motion to Deny Appeal as Time Barred (doc. #6), filed June 21, 2006 is withdrawn.

Dated this 27th day of June, 2006.

                          BY THE COURT:

                          S/**John L. Kane**
                          Senior Judge, United States District Court