IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01068-AP**

IN RE:

**AARON GREENE,**

    Debtor.

**PAUL T. GEFREH, Trustee**,

    Plaintiff/Appellee,

v.

**DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC. Successor by merger to Daimer Chrysler Services N.A., L.L.C.,**

    Defendant/Appellant.

## ORDER

Kane, J.

Upon consideration of the Unopposed Motion for Approval of Stipulation to Hold Case in Abeyance (doc. #13), filed June 28, 2006, it is

ORDERED that the Motion to is **DENIED AS MOOT**. The court ruled on the consolidated appeal (In re: Baker 05-cv-2284, consolidated with In re Ramey 06-cv-197 and In re: Wilson 06-cv-169) on June 27, 2006. The current briefing deadlines are vacated. The parties shall confer and jointly submit a proposed briefing schedule and/or status report on or before July 24, 2006.

Dated this 10th day of July, 2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court