IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01068-AP**

IN RE:

**AARON GREENE,**

    Debtor.

**PAUL T. GEFREH, Trustee**,

    Plaintiff/Appellee,

v.

**DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC. Successor by merger to Daimer Chrysler Services N.A., L.L.C.,**

    Defendant/Appellant.

## ORDER

Kane, J.

Upon consideration of the Status Report (doc. #16), filed July 24, 2006, it is

ORDERED that briefing is stayed in this matter pending the Tenth Circuit Court of Appeals' decision in the consolidated appeal (In re: Baker 05-cv-2284, consolidated with In re Ramey 06-cv-197 and In re: Wilson 06-cv-169). The parties shall file a status report within 20 days of the date of that decision.

Dated this 24th day of July, 2006.

                BY THE COURT:

                S/**John L. Kane**
                Senior Judge, United States District Court