IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01068-AP**

IN RE:

**AARON GREENE,**

      Debtor.

**PAUL T. GEFREH, Trustee**,

      Plaintiff/Appellee,

v.

**DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC. Successor by merger to Daimer Chrysler Services N.A., L.L.C.,**

      Defendant/Appellant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Joint Motion to Dismiss Appeal (doc. #18), filed August 22, 2007, it is

**ORDERED** that this appeal is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.  DaimlerChrysler shall have thirty (30) days from the date of this order to file any claims pursuant to 11 U.S.C.§(502)(h).

Dated this 22nd day of August, 2007.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT